UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:     CHAPTER 13 PROCEEDING:
JUAN & BERTHA A AVILA     11-10530-B-13
DEBTORS

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Wednesday, Aug 31, 2011.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Funds are owed to the creditors listed below:

| | | |
|---|---|---|
| FLEXI COMPRASS<br>1103 MORGAN BLVD<br>HARLINGEN, TX 78550 | Trustee has been unable to locate the creditor at the address listed. | $779.62 |

5. As a result, funds owed to the creditor in the amount of $779.62 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted: Tue, October 25, 2016

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua Ste 600
Corpus Christi, TX 78401-0823
(361) 883-5786

#108

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:

JUAN & BERTHA A AVILA

CHAPTER 13 PROCEEDING:

11-10530-B-13

DEBTORS

## CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on October 25, 2016, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

JUAN C. AND BERTHA A. AVILA
2832 GIBRALTAR ST
BROWNSVILLE, TX  78521

ENRIQUE J SOLANA
914 E VAN BUREN ST
BROWNSVILLE, TX  78520

FLEXI COMPRAS    (Notice)
2701 PABLO KISEL BLVD
BROWNSVILLE, TX  78526

FLEXI COMPRASS
1103 MORGAN BLVD
HARLINGEN, TX  78550